AO 104 (Rev. 11/13) Tracking Warrant

# UNITED STATES DISTRICT COURT
for the

_Eastern_ District of _Missouri_

FILED
FEB 21 2017
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

In the Matter of the Tracking of )
*(Identify the person, property, or object to be tracked)* )
THE BLACK 2006 DODGE MAGNUM, WITH )
VIN #2D8GV77306H257089, BEARING MISSOURI )
LICENSE PLATE NUMBER FN1-Z1L. )
)

Case No. 4:17 MJ 3029 NCC

## TRACKING WARRANT

To:   Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government shows there is reason to believe that the person, property, or object described above has been involved in and likely will continue to be involved in the criminal activity identified in the application, and ☒ is located in this district;   ☐ is not now located in this district, but will be at execution;   ☐ the activity in this district relates to domestic or international terrorism;   ☐ other:

I find that the affidavit(s), and any recorded testimony, establish probable cause to believe that
*(check the appropriate box)*   ☐ using the object   ☒ installing and using a tracking device
to monitor the location of the person, property, or object will satisfy the purpose set out in Fed. R. Crim. P. 41(c) for issuing a warrant.

☒   I find entry into the following vehicle or onto the following private property to be necessary without approval or knowledge of the owner, custodian, or user of the vehicle or property for installing, maintaining, and removing the tracking device:

**THE BLACK 2006 DODGE MAGNUM, WITH VIN #2D8GV77306H257089, BEARING MISSOURI LICENSE PLATE NUMBER FN1-Z1L.**

**YOU ARE COMMANDED** to execute this warrant and begin using the object or installing the tracking device by _March 2, 2017_ *(not to exceed ten days)* and may continue use for _45_ days *(not to exceed 45)*. The tracking may occur within this district or another district. To install, maintain, or remove the device, you may enter *(check boxes as appropriate)*

☒ into the vehicle described above        ☐ onto the private property described above

☐ in the daytime 6:00 a.m. to 10:00 p.m.   ☒ at any time in the day or night because good cause has been established.

Within 10 calendar days after the use of the tracking device has ended, the officer executing this warrant must both return it to *(United States Magistrate Judge)*   _NOELLE C. COLLINS_   and — unless delayed notice is authorized below — serve a copy of the warrant on the person who, or whose property or object, was tracked.

☒   Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property or object, will be tracked *(check the appropriate box)*
☐ for _30_ days *(not to exceed 30)*   ☒ until, the facts justifying, the later specific date of _August 21, 2017_.

Date and time issued: _Tuesday, February 21, 2017 @ 12:06 PM_   _Noelle C. Collins_
                                                                *Judge's signature*

City and state: _St. Louis, MO_   _Noelle C. Collins, U.S. Magistrate Judge_
                                    *Printed name and title*

12